### 21804. WHIPPLE *v.* THE STATE.

BROYLES, C. J. 1. The special grounds of the motion for a new trial are not argued or referred to in the brief of counsel for the plaintiff in error, and, therefore, are treated as abandoned.

2. The evidence authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1931.

*F. L. Clements,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.